IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EAGLE SIX CONSULTANTS INC. : | |
| by and through its Court-Appointed : | |
| Receiver RYAN K. STUMPHAUZER : | |
| : | |
| v. : | CIVIL ACTION NO. 22-4043 |
| : | |
| B&T SUPPLIES, INC., TVZI ODZER, : | |
| and RUBEN AZRAK : | |

## ORDER

This 21st day of July, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment, ECF 19, is **GRANTED**. Judgment is **ENTERED** in favor of Plaintiff Eagle Six Consultants, Inc and against Defendants B & T Supplies, Inc, Tvzi Odzer, and Ruben Azrak in the amount of $793,719.65, plus costs, continuing interest, and reasonable attorney's fees to be determined by the Court upon filing of a supplemental petition.

                                                    /s/ Gerald Austin McHugh
                                                   United States District Judge